UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

      Plaintiff,

   v.

SHELLY LYNN MUSCH,

      Defendant.

Case No. CR93-2129(JET)FDB

ORDER DENYING MOTION FOR
EXPUNGEMENT OF RECORD

Defendant, having been convicted of receiving stolen bank funds, having been released from her probation obligation, and averring that she has paid restitution of $6,600, now moves to have this felony expunged from her record. This motion must be denied, as the Court has no power to expunge her record.

NOW, THEREFORE, IT IS ORDERED: Defendant Musch's Motion for Expungement of Record [Dkt. # 65] is DENIED.

DATED this 3rd day of July, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1